CLOSED JUN 08 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL RUSS,

Petitioner,

v.

CIVIL ACTION NO. 99-CV-73476-DT
HONORABLE AVERN COHN

JIMMY STEGALL,

Respondent,
_________________________________/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Avern Cohn, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on JUN 08 2000, 2000.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED.

Dated at Detroit, Michigan, this ______, day of JUN 08 2000, 2000.

DAVID J. WEAVER
CLERK OF THE COURT

BY: ____________________
DEPUTY CLERK

APPROVED:

_________________________________
AVERN COHN
UNITED STATES DISTRICT JUDGE

29